UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YORDALIZA TAVERAS,<br><br>                          Plaintiff,<br><br>       -against-<br><br>NATURE'S FUSIONS, LLC,<br><br>                         Defendant. | 23-cv-3467 (AS)<br><br><u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

       The initial pretrial conference in this case is scheduled for October 26, 2023. When the Court scheduled that conference, it also required the parties to submit a joint letter and case-management plan one week before the conference. Dkt. 12. The parties have missed that deadline, but they are reminded to submit those materials in advance of the conference.

       SO ORDERED.

Dated: October 20, 2023
       New York, New York

                                                     ARUN SUBRAMANIAN
                                            United States District Judge